UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID OPPENHEIMER<br><br>Plaintiff<br><br>v.<br><br>SELECT-A-TICKET, INC., a New Jersey corporation,<br><br>THOMAS PATANIA, individually, and as President and CEO of Select-A-Ticket, Inc.<br><br>Defendants | CIVIL ACTION NO: 2:12-cv-04038-FSH-PS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above captioned action is dismissed with prejudice against Defendants, SELECT-A-TICKET, INC., and THOMAS PATANIA pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: February 25, 2013

//s// Angela Foster
Angela Foster (AF1023)

LAW OFFICE OF ANGELA FOSTER
206 Birchwood Court
North Brunswick, New Jersey 08902
Telephone: (732)-821-9363
Fascimile: (732)-821-4692
Email: fosteratlaw@aol.com
*Attorney for Plaintiff David Oppenheimer*

Dated: 2/25/13

Joseph P. Slawinski, Esq.

Law Offices of Steven A. Varano, P.C.
10 Furler Street
Totowa, New Jersey 07512
jps@varanolaw.com
Telephone: 732-256-1414
Facsimile: 973-256-6111
*Attorney for Defendants, Select-A-Ticket, Inc and Thomas Patania*